# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ARLENE RANDALL

VERSUS

TROSCLAIR & SONS, L.L.C.
D/B/A BUTCHER BOY GROCERY
STORE AND STATE FARM FIRE
AND CASUALTY COMPANY

NO. 2022 CW 0040

APRIL 8, 2022

---

In Re: Arlene Randall, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 76127.

---

BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT